UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| MICHELLE DAVIS | : | CRIMINAL NO. 13-754(MLC) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 27th day of January, 2014

ORDERED that Richard Coughlin, Federal Public Defender (Maggie Moy, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender